Opinion issued July 31, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00843-CV

____________


PHYLLIS K. TOMASINO, Appellant


V.


FIRST BAPTIST ACADEMY OFHOUSTON, OLIVIA C. ELMORE,
FORST BAPTIST CHURCH OF HOUSTON AND GREGG MATTE,
Appellees






On Appeal from the 152nd District Court

Harris County, Texas

Trial Court Cause No. 2006-35771






MEMORANDUM OPINION

 Appellant has filed a motion to dismiss her appeal. More than 10 days have
elapsed, and no objection has been filed. No opinion has issued. Accordingly, the
motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Nuchia, Alcala, and Hanks.